

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00768-CV

**IN RE** Dawn Renee **GARZA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  November 12, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 4, 2014, relator Dawn Renee Garza filed a petition for writ of mandamus and a motion for stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006CI17882, styled *In the Interest of L.A.A., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.